JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID JEROME KING, ) | NO. CV 13-2511-CJC(E) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| RICK M. HILL, Warden, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: July 8, 2013.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE